IN THE MATTER OF OR-
ANGE RISDON.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Rule to certify proceedings *p. 262; (2) judgment *p. 265.

PAPERS IN FILE: (1) Petition for redress; (2) affidavit of Samuel Van Fossen; (3) affidavit of Porter P. Vanvalkenberg; (4) certificate of Washtenaw county clerk re deposit of plat, etc.; (5) certificate of deputy clerk of Lenawee County re deposit of survey; (6) affidavit of James Patchen; (7) affidavit of James T. Borland; (8) certificate of secretary of territory re deposit of survey; (9) copy of rule on treasurer to certify proceedings, admission of service; (10) treasurer's return; (11) exceptions to return.

*1824–36 Calendar,* MS p. 178.

IN THE MATTER OF OR-
ANGE RISDON.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Rule to certify proceedings *p. 262; (2) judgment *p. 268.

PAPERS IN FILE: (1) Petition for redress; (2) certificate of Monroe county clerk re deposit of plat, etc.; (3) certificate of Washtenaw county clerk re deposit of plat, etc.; (4) certificate of secretary of territory re deposit of survey; (5) affidavit of Daniel S. Bacon; (6) certificate of Peter P. Ferry, J. P., re oaths taken; (7) notice of appointment as commissioner; (8) letter— Willis Merritt to Orange Risdon; (9) letter— Cyril Nichols to Orange Risdon; (10) treasurer's return; (11) exceptions to return; (12) brief.

*1824–36 Calendar,* MS p. 179.

IN THE MATTER OF CYRIL
NICHOLS.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Rule to certify proceedings *p. 262; (2) rule enlarged *p. 264; (3) dismissed *p. 275.

PAPERS IN FILE: (1) Petition for redress; (2) copy of rule to certify proceedings, admission of service.

*1824–36 Calendar,* MS p. 180.

UNITED STATES *versus*
HENRY L. BALL.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Rule to show cause against attachment *p. 263; (2) copy of rule ordered served *p. 263; (3) appearance, consideration postponed *p. 264; (4) attachment awarded, rule to file interrogatories, recognizance *p. 265; (5) time given to answer interrogatories *p. 267; (6) answers to interrogatories filed *p. 269; (7) recognizance respited *p. 270; (8) discharge *p. 271.

PAPERS IN FILE: (1) Draft of rule to show cause; (2) copy of rule to show cause, proof of service; (3) copy of affidavit of John Reed, certificate of clerk re article published in newspaper; (4) petition to be discharged from rule; (5) recognizance to appear and answer interrogatories; (6) interrogatories, proof of service; (7) answers to interrogatories.

*1824–36 Calendar,* MS p. 183.